

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| DELPHIA SIMMONS,<br>individually and on behalf of all others<br>similarly situated<br><br>    Plaintiffs - Appellees,<br>v.<br><br>COMERICA INCORPORATED,<br>COMERICA BANK, N.A. (Added per<br>Amended Complaint at DE # 990 in 09-<br>md-2036-JLK)<br><br>    Defendants – Appellees,<br>v.<br><br>MARKUS DOCZY<br>    Interested Party - Appellant. | No. 14-13135<br><br>D.C. No. 10-cv-22958-JLK<br>U.S. District Court for Southern<br>District of Florida<br><br>Hon. James Lawrence King<br><br>**APPELLANT'S UNOPPOSED<br>MOTION FOR VOLUNTARY<br>DISMISSAL OF APPEAL** |

Appellant and Appellees have reached a settlement to resolve this appeal and the underlying District Court case, D.C. No. 10-cv-22958, from the following district: Northern District of Illinois.

Pursuant to Federal Rule of Appellate Rule of Procedure 42(b), Appellant Markus Doczy hereby moves the Court for an order dismissing the above-

captioned appeal without prejudice. The dismissal pertains to all parties and claims on appeal.

All parties to the settlement agreement consent to the dismissal. Counsel for all Appellees have indicated they will not oppose this Motion.

The parties have agreed that each shall bear their own costs and fees on appeal.

Dated: August 14, 2014                    Respectfully Submitted,

By: _____
Markus Doczy
4252 Tolowa Street
San Diego, CA 92117
Phone: (858) 431-6435

# U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

**Simmons et al.**         *vs.*  **Comerica Bank**          Appeal No. **14-13135**

11th Cir. R. 26.1 (enclosed) requires that a Certificate of Interested Persons and Corporate Disclosure Statement must be filed by the appellant with this court within 14 days after the date the appeal is docketed in this court, and must be included within the principal brief filed by any party, and included within any petition, answer, motion or response filed by any party. **You may use this form to fulfill this requirement.** In alphabetical order, with one name per line, please list the trial judge(s), and all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates and parent corporations, including any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

*(please type or print legibly)*:

None.

## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

### CERTIFICATE OF SERVICE

Simmons et al. v. Comerica Inc.                              Appeal No. 14-13135

I hereby certify that on August 14, 2014, a true and correct copy of the foregoing:

**Appellant's Unopposed Motion for Voluntary Dismissal of Appeal**

with first class postage prepaid, has been deposited in the U.S. Mail and properly addressed to the persons whose names and addresses are listed below:

| | |
|---|---|
| Grossman Roth, PA<br>2525 Ponce De Leon Blvd Ste 1150<br>Coral Gables, FL 33134 | Caddell & Chapman<br>1331 Lamar St Ste 1070<br>Houston, TX 77010-3036 |
| Law Office of Christopher G. Hayes<br>225 S Church St<br>West Chester, PA 19382 | Chimicles & Tikellis, LLP<br>361 W Lancaster Ave<br>Haverford, PA 19041 |
| Kane Russell Coleman & Logan, PC<br>1601 Elm St Ste 3700<br>Dallas, TX 75201 | Covington & Burling, LLP<br>1 Front St Ste 3500<br>San Francisco, CA 94111-5356 |
| Shook Hardy & Bacon, LLP<br>201 S Biscayne Blvd Ste 3200<br>Miami, FL 33131-4332 | Hunton & Williams, LLP<br>1111 Brickell Ave Ste 2500<br>Miami, FL 33131 |

Markus Doczy                                   _____
                                                                    (Signature)