**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 19, 2014

Steven M. Larimore
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 14-13135-E
Case Style: Markus Doczy v. Comerica Bank, N.A., et al
District Court Docket No: 1:09-md-02036-JLK
Secondary Case Number: 1:10-cv-22958-JLK

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Gloria M. Powell, E
Phone #: (404) 335-6184

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 14-13135-E
_____

DELPHIA SIMMONS,
individually and on behalf of all others similarly situated,

                              Plaintiff,

MARKUS DOCZY,

                              Interested Party - Appellant,

versus

COMERICA INCORPORATED,

                              Defendant,

COMERICA BANK, N.A.,
Added per Amended Complaint at
DE # 990 in 09-md-2036-JLK,

                              Defendant - Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

ENTRY OF DISMISSAL: Pursuant to Appellant Markus Doczy's motion for voluntary dismissal, the above-referenced appeal was duly entered dismissed this 19th day of August, 2014., effective August 19, 2014.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Gloria M. Powell, E, Deputy Clerk

                                                FOR THE COURT - BY DIRECTION